```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 20325
   RICARDO DENNIS
   JACQUELYNN DENNIS                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2217    SSN XXX-XX-2415

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/25/2004 and was confirmed 07/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.83% from remaining funds.

     The case was paid in full 08/20/2007.
------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED           11075.00         943.50       11075.00
CAPITAL ONE AUTO FINANCE  UNSECURED          4283.56            .00        2434.24
HONOR FINANCE             SECURED            4300.00         193.76        4300.00
HONOR FINANCE             UNSECURED          1639.57            .00         931.72
INTERNAL REVENUE SERVICE  UNSECURED          1120.78            .00         636.91
INTERNAL REVENUE SERVICE  PRIORITY           1583.57            .00        1583.57
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED           .00             .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED           .00             .00
COMCAST                   UNSECURED        NOT FILED           .00             .00
DIVERSIFIED RECEIVABLES   UNSECURED        NOT FILED           .00             .00
DIVERSIFIED RECEIVABLES   UNSECURED        NOT FILED           .00             .00
GENERAL MOTORS ACCEPTANC  UNSECURED          2874.68            .00        1633.61
MIDWEST EMERGENCY SERVIC  NOTICE ONLY      NOT FILED           .00             .00
ISAC                      UNSECURED         12282.11            .00        6979.60
T MOBILE                  NOTICE ONLY      NOT FILED           .00             .00
MIDWEST PHYSICIAN GROUP   UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK          NOTICE ONLY      NOT FILED           .00             .00
NATIONWIDE CREDIT & COLL  UNSECURED        NOT FILED           .00             .00
NICOR                     NOTICE ONLY      NOT FILED           .00             .00
NICOR GAS                 UNSECURED OTH      167.48            .00           95.20
PARK FOREST WATER DEPT    UNSECURED        NOT FILED           .00             .00
PAY DAY LOAN STORE        UNSECURED        NOT FILED           .00             .00
THE AUTUMN RIDGE          UNSECURED        NOT FILED           .00             .00
PROVIDENT BANK            UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED          1161.55            .00         660.08
RMA                       NOTICE ONLY      NOT FILED           .00             .00
PAYDAY LOAN STORE OF IL   NOTICE ONLY      NOT FILED           .00             .00
AT & T BANKRUPCTY         FILED LATE         233.77            .00             .00
WEXLER & WEXLER           UNSECURED        NOT FILED           .00             .00
CHECK INTO CASH           UNSECURED        NOT FILED           .00             .00
GENERAL MOTORS ACCEPTANC  SECURED NOT I       .00              .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      210.00            .00          210.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20325 RICARDO DENNIS & JACQUELYNN DENNIS
```

```
NICOR GAS                UNSECURED           501.10              .00         284.77
CAPITAL ONE BANK         FILED LATE          691.09              .00             .00
CAPITAL ONE BANK         FILED LATE          615.87              .00             .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       2,200.00                        2,200.00
TOM VAUGHN               TRUSTEE                                           1,838.04
DEBTOR REFUND            REFUND                                              498.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               36,498.00

PRIORITY                                     1,793.57
SECURED                                     15,375.00
    INTEREST                                 1,137.26
UNSECURED                                   13,656.13
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                         1,838.04
DEBTOR REFUND                                  498.00
                      ---------------      ---------------
TOTALS                 36,498.00            36,498.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/29/07               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 20325 RICARDO DENNIS & JACQUELYNN DENNIS